UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
KATALIN KOZMA,

    Debtor.
_____/

KATALIN KOZMA,

    Appellant,

v.                                                    Case No. 8:22-cv-1108-TPB
                                                      Bankr. No. 8:22-ap-56-CPM

DEUTSCHE BANK TRUST
COMPANY AMERICAS,

    Appellee.
_____/

## ORDER AFFIRMING BANKRUPTCY COURT'S ORDER DISMISSING ADVERSARY PROCEEDING

      This matter is before the Court on Appellant Katalin Kozma's *pro se* appeal of the bankruptcy court's order dismissing her adversary proceeding. (Doc. 2-1). The background for this case is set forth in the Court's order in Case No. 8:22-cv-1107 affirming the bankruptcy court's dismissal of Kozma's Chapter 11 case. In dismissing the bankruptcy case, the bankruptcy court also dismissed Appellant's adversary proceeding, stating:

> The adversary proceeding will be dismissed because the case is dismissed. So we will close the adversary proceeding based on the dismissal of the case . . . .

Dismissal of a bankruptcy case ordinarily results in dismissal of related proceedings. *See, e.g.*, *In re Morris*, 950 F.2d 1531, 1534 (11th Cir. 1992). In this

appeal, Kozma argued that the bankruptcy court's order dismissing the bankruptcy case was erroneous, but this Court has now affirmed that order in Case No. 8:22-cv-1107. Therefore, the bankruptcy court did not err in dismissing the adversary proceeding.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The bankruptcy court's "Order Granting Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-Q01's Motion to Dismiss"" (Doc. 2-1) is **AFFIRMED**.

2. The Clerk is directed to transmit a copy of this Order to the bankruptcy court, and thereafter close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30th day of September, 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**